## (April 4, 1956)

■ In the Matter of the Application of JOHN A. LE VAN for Admission to Practice as an Attorney. (From the State of Indiana.) — Application granted. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Application of JOHN WARRINGTON SHERMAN for Admission to Practice as an Attorney. (From the State of Maryland.) — Application granted. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

## (April 9, 1956)

■ SHIFRA BERNSTEIN et al., Appellants, v. FRANCES STECHER et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ESTELLE E. KREIDLER, Appellant, v. RUTH KREIDLER et al., Respondents.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ RAYMOND J. McCALL, Individually and as Guardian ad Litem of RAYMOND J. McCALL, JR., an Infant, Appellant, v. JOHN WANAMAKER NEW YORK INCORPORATED et al., Respondents.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ PONDFIELD ROAD COMPANY, INC., et al., Appellants-Respondents, v. VILLAGE OF BRONXVILLE et al., Respondents-Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See *ante,* p. 897.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN S. ELDARD, Appellant.— Motion to dismiss appeal granted and appeal dismissed. The order is not appealable. (Code Crim. Pro., § 517.) Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ MARY ROSEMAN, Appellant, v. ISIDORE WEISS et al., Respondents.— Motion for leave to intervene and for other relief denied, without costs. Motion for leave to appeal to the Appellate Division dismissed, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.